RECEIVED
IN MONROE, LA
JAN - 9 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| RANDY EVAN DARBY | CIVIL ACTION NO. 07-1659 |
| VERSUS | JUDGE ROBERT G. JAMES |
| MOREHOUSE CORRECTIONAL CENTER, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the entire record and the written objections filed herein, and concurring with the Magistrate Judge's findings under the applicable law,

IT IS ORDERED, ADJUDGED AND DECREED that Petitioner's Petition for Writ of Habeas Corpus [Doc. Nos. 1] is DISMISSED WITHOUT PREJUDICE.

MONROE, LOUISIANA this 9 day of January 2008.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE